Submitted April 29, reversed and remanded May 28, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PIERCE MONTGOMERY MILLER,
*Defendant-Appellant.*

Lincoln County Circuit Court
18CR05050; A169227

466 P3d 98

Edward J. Jones, Senior Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Eric Johansen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Reversed and remanded. *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020).